UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE MCCAFFREY,<br><br>       Plaintiff,<br><br>   -against-<br><br>THE NEW YORK CITY POLICE DEPARTMENT and THE CITY OF NEW YORK,<br><br>       Defendants. | Case No. 1:25-cv-06528 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The parties' initial pretrial conference is set for November 20, 2025, at 11:00 a.m. Dkt. 7.  In accordance with Paragraph 2.D. of the Court's Individual Rules and Practices, the parties were required to file on ECF a joint letter and a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter no later than ten calendar days before the conference date (*i.e.*, no later than November 10, 2025).  Dkt. 5.  That deadline has passed.  Accordingly, the parties are ORDERED to file a joint letter and proposed Civil Case Management Plan and Scheduling Order no later than **November 14, 2025**.

Dated: November 12, 2025
    New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge