UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE MCCAFFREY,

                Plaintiff,

      -against-

THE NEW YORK CITY POLICE
DEPARTMENT and THE CITY OF NEW
YORK,

                Defendants.

Case No. 1:25-cv-06528 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On November 9, 2025, Defendants filed a motion to dismiss Plaintiff's Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. Dkt. 8. Plaintiff's opposition was due on November 24, 2025. *See id.* That deadline has now passed, and Plaintiff has yet to file any opposition to the motion.

As a courtesy, Plaintiff's opposition deadline shall be extended to **December 5, 2025**, with Defendants' reply to be due one week thereafter, on **December 12, 2025**. If the Court does not receive a response by that date, it will deem Defendants' motion to dismiss unopposed. Failure to comply with Court orders and deadlines may also result in dismissal of this case for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: November 25, 2025
      New York, New York

                        SO ORDERED.

                        *Jennifer Rochon*

                        JENNIFER L. ROCHON
                        United States District Judge