UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE MCCAFFREY,

Plaintiff,

-against-

THE NEW YORK CITY POLICE DEPARTMENT AND THE CITY OF NEW YORK.,

Defendants.

25 CIVIL 06528 (JLR)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated July 23, 2026, the Court GRANTS Defendants' motion to dismiss; accordingly, the case is closed.

**Dated:** New York, New York
July 27, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**